**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
STEVEN E. PARKER,                )   3:12-cv-00429-HDM-VPC
                                 )
            Plaintiff,           )
                                 )   ORDER
vs.                              )
                                 )
LORAL LANGEMEIER, WILLIAM MATTOX,)
MANNA PROPERTIES, LLC, and AR    )
RESIDENTIAL RESTORATION, INC.,   )
                                 )
            Defendants.          )
_____)
```

On September 28, 2012, defendants filed a partial motion to dismiss plaintiff's complaint filed on August 14, 2012 (#11). Plaintiff opposed (#15), and defendants replied (#17). On January 22, 2013, the court granted plaintiff leave to file an amended complaint addressing the issues raised by defendants' motion to dismiss. Plaintiff filed his first amended complaint on February 12, 2013. The amended complaint supersedes plaintiff's original complaint. *Dichter-Mad Family Partners, LLP v. United States*, -F.3d -, 2013 WL 501648 (9th Cir. Feb. 12, 2013). Accordingly, the

1

1  defendants' partial motion to dismiss (#11) is **DENIED AS MOOT**.
2       IT IS SO ORDERED.
3       DATED: This 13th day of February, 2013.

                         _____
                         UNITED STATES DISTRICT JUDGE