1
2
3
4
5
6
7
8
9
10 **UNITED STATES DISTRICT COURT**
11 **DISTRICT OF NEVADA**
12
13 STEVEN E. PARKER,                  )   3:12-cv-00429-HDM-VPC
                                      )
14               Plaintiff,           )
                                      )   ORDER
15 vs.                                )
                                      )
16 LORAL LANGEMEIER, WILLIAM MATTOX,  )
   MANNA PROPERTIES, LLC, and AR     )
17 RESIDENTIAL RESTORATION, INC.,    )
                                      )
18               Defendants.          )
   _____)
19
         On September 28, 2012, defendants filed a partial motion to
20
   dismiss plaintiff's complaint filed on August 14, 2012 (#11).
21
   Plaintiff opposed (#15), and defendants replied (#17).  On January
22
   22, 2013, the court granted plaintiff leave to file an amended
23
   complaint addressing the issues raised by defendants' motion to
24
   dismiss.  Plaintiff filed his first amended complaint on February
25
   12, 2013.  The amended complaint supersedes plaintiff's original
26
   complaint.  *Dichter-Mad Family Partners, LLP v. United States*, -
27
   F.3d -, 2013 WL 501648 (9th Cir. Feb. 12, 2013).  Accordingly, the
28

1

1  defendants' partial motion to dismiss (#11) is **DENIED AS MOOT.**
2       IT IS SO ORDERED.
3       DATED: This 13th day of February, 2013.

   _____
   UNITED STATES DISTRICT JUDGE