UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN E. PARKER, | ) | 3:12-cv-00429-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LORAL LANGEMEIER, WILLIAM MATTOX, MANNA PROPERTIES, LLC, and AR RESIDENTIAL RESTORATION, INC., | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation (#44), this action is hereby dismissed with prejudice, with each party to pay his or her own attorney's fees, costs and expenses.

IT IS SO ORDERED.

DATED: This 5th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE